UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEHMET ALI KADAGAN,                              Case No. 25-13602

    Plaintiff,                                        F. Kay Behm
v.                                                                United States District Judge

KEVIN RAYCRAFT, FIELD OFFICE
DIRECTOR, DETROIT FIELD OFFICE,
IMMIGRATION AND CUSTOMS
ENFORCEMENT,
    Defendant.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order granting the Petition for a Writ of Habeas Corpus, this case is closed. This is a final order.

**SO ORDERED**.

Date: December 12, 2025           s/F. Kay Behm
                                                   F. Kay Behm
                                                   United States District Judge